IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff/Respondent,<br><br>vs.<br><br>Jose Luis Lopez,<br><br>　　　　Defendant/Movant. | No. CR01-0077-PHX-SRB<br>CV04-0876-PHX-SRB<br>**ORDER** |

　　　　Defendant, Jose Luis Lopez, filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on April 27, 2004. Plaintiff filed its response in opposition on January 14, 2005 and Defendant filed a reply on February 27, 2006.

　　　　The Magistrate Judge filed her Report and Recommendation on January 30, 2007, recommending that Defendant's Motion to Vacate, Set Aside, or Correct Sentence be denied.

　　　　In her Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

　　　　The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

　　　　IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (doc. 177).

IT IS FURTHER ORDERED that Defendant's Motion to Vacate, Set Aside, or Correct Sentence is denied. (Doc. 133).

DATED this 5th day of March, 2007.

_____
Susan R. Bolton
United States District Judge